580 F.2d 1051
 6 O.S.H. Cas.(BNA) 2012
 Thermo Tech., Inc.
v.
U. S. Occupational Safety and Health Review Commission
*
 No. 77-3438
 United States Court of Appeals, Fifth Circuit
 9/6/78
 
 1
 O.S.H.R.C.Tex.
 
 
 2
 AFFIRMED***
 
 
 
 *
 Summary Calendar case; Rule 18, 5 Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir., 1970, 431 F.2d 409
 
 
 ***
 Opinion contains citation(s) or special notations